STATE of Missouri, Respondent,

v.

Victoria UTHE, Appellant.

No. WD 51573.

Missouri Court of Appeals,
Western District.

March 12, 1996.

R.E. Moulthrop Bethany, for appellant.

Jeremiah W. (Jay) Nixon, Atty. General, Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of one count of Class C stealing, § 570.030 RSMo 1994.

Affirmed. Rule 30.25(b).